**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1218**

ALFRED ROBINSON, JR.,

              Plaintiff - Appellant,

       v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, District Judge. (4:13-cv-00144-MSD-TEM)

Submitted: May 19, 2015               Decided: May 21, 2015

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alfred Robinson, Jr., Appellant Pro Se. Mark Anthony Exley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Robinson, Jr., appeals the district court's order adopting the recommendation of the magistrate judge and vacating the Commissioner of Social Security's decision denying Robinson social security disability benefits and remanding for a rehearing pursuant to 42 U.S.C. § 405(g) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Colvin, No. 4:13-cv-00144-MSD-TEM (E.D. Va. Jan. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED